### 2254. MARTIN *v.* CARTER.

RUSSELL, J. 1. Where facts are involved, the first grant of a new trial will not be disturbed; and even where the first grant of a new trial depends upon the legal construction of the evidence, the judge's view of the law will not be closely scanned.

2. Where a wrong reason is assigned for the grant of a new trial, and yet it is apparent that there was good reason why a new trial should have been granted, the discretion of the trial judge will not be controlled. *Judgment affirmed.*

DECIDED SEPTEMBER 6, 1910.

Complaint; from city court of Dublin—Judge E. W. Jordan presiding. September 14, 1909.

*J. B. Sanders,* for plaintiff in error. *W. C. Davis,* contra.